In the Matter of Roger Clark PETERMAN.

No. 758 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

June 30, 2003.

### ORDER

PER CURIAM.

AND NOW, this 30th day of June, 2003, a Rule having been entered upon Roger Clark Peterman by this Court on February 28, 2003, to show cause why he should not be disbarred and, upon consideration of the response filed, it is hereby

ORDERED that the Rule is made absolute, Roger Clark Peterman is disbarred from the Bar of this Commonwealth retroactive to August 1, 2002, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

Justice CASTILLE and SAYLOR respectfully dissent from the imposition of disbarment and would only impose reciprocal discipline as announced by the Supreme Court of New Jersey.

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

Dan W. SUSI, Respondent.

No. 733 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

July 9, 2003.

### ORDER

PER CURIAM.

AND NOW, this 9th day of July, 2003, upon consideration of the Joint Petition for Emergency Temporary Suspension Order and Related Relief, it is hereby ORDERED that:

1. Respondent is placed on temporary suspension until further definitive action by this Court;

2. Respondent shall comply with the provisions of Rule 217, Pa.R.D.E.; and

3. The President Judge of the Court of Common Pleas of Erie County, in accordance with Rule 217(g), Pa.R.D.E., take such further action and make such further orders as may appear necessary to protect the rights and interests of respondent's clients.

This Order constitutes an imposition of public discipline within the meaning of Rule 402, Pa.R.D.E., pertaining to confidentiality.